United States District Court
Southern District of Texas
**ENTERED**
October 15, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| SIDNEY MAURICE THOMPSON § | |
| § | |
| Plaintiff § | |
| VS. § | CIVIL ACTION NO. 2:24-CV-00156 |
| § | |
| UNITED STATES OF AMERICA § | |

### ORDER ADOPTING MEMORANDUM AND RECOMMENDATION TO DISMISS CASE FOR FAILURE TO PROSECUTE

On September 12, 2024, United States Magistrate Judge Jason B. Libby issued his "Memorandum and Recommendation to Dismiss Case for Failure to Prosecute" (D.E. 17). Plaintiff was provided proper notice of, and opportunity to object to, the Magistrate Judge's memorandum and recommendation. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1); General Order No. 2002-13. However, notice to Plaintiff has been returned as undeliverable and it appears that Plaintiff is no longer housed at the Nueces County Jail. Plaintiff has not provided the Court with a change of address and no objections have been timely filed.

When no timely objection to a magistrate judge's memorandum and recommendation is filed, the district court need only satisfy itself that there is no clear error on the face of the record and accept the magistrate judge's memorandum and recommendation. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005) (citing *Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996)).

Having reviewed the findings of fact and conclusions of law set forth in the Magistrate Judge's memorandum and recommendation (D.E. 17), and all other relevant

documents in the record, and finding no clear error, the Court **ADOPTS** as its own the findings and conclusions of the Magistrate Judge. Accordingly, Plaintiff's application to proceed *in forma pauperis* (D.E. 2) is **DENIED** as incomplete and this action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

    **ORDERED** on October 15, 2024.

                                                           */s/ Nelva Gonzales Ramos*
                                                           NELVA GONZALES RAMOS
                                                           UNITED STATES DISTRICT JUDGE